Dismissed and Memorandum Opinion filed November 20, 2008








Dismissed
and Memorandum Opinion filed November 20, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00928-CV

____________

 

DONALD M. LANCON, Appellant

 

V.

 

CARL DEAN PETERS, JOHN GUSTAFSON and RICHARD T.
GUSTAFSON, Appellees

 



 

On Appeal from the
10th District Court

Galveston County,
Texas

Trial Court Cause
No. 07-CV-0969

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed June 19, 2008.  Appellant filed a motion to
dismiss the appeal..  See Tex. R.
App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed
November 20, 2008.

Panel consists of Chief Justice Hedges and Justices
Guzman and Brown.